BENJAMIN B. WAGNER
United States Attorney
DAVID A. PETERSEN
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:12-CR-00175-EFB |
| | ) | |
| Plaintiff, | ) | ORDER VACATING TRIAL CONFIRMATION |
| | ) | HEARING, VACATING JURY TRIAL, AND |
| v. | ) | SETTING CHANGE OF PLEA |
| | ) | |
| ELMER A. CIGARROA, | ) | Date:     August 6, 2012 |
| | ) | Time:     2:00 p.m. |
| Defendant. | ) | Judge:    Hon. Edmund F. Brennan |
| | ) | |
| _____ | ) | |

It is hereby ordered that the Trial Confirmation Hearing set for August 6, 2012, be vacated, that the Jury Trial set for August 28, 2012, be vacated, and that a Change of Plea be set for August 27, 2012 at 10:00 a.m.

IT IS SO ORDERED.

Dated: August 3, 2012         EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE